# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 03-673** |
| | : | |
| v. | : | |
| | : | |
| **KENNETH MOORE** | : | |

## ORDER

**NOW**, this 8th day of March, 2023, upon consideration of the Defendant's Motion for Early Termination of Supervised Release Pursuant to 18 U.S.C. § 3583(e)(1) (Doc. No. 147), the government's response, and the reply, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the defendant's term of supervised release is terminated.

_____
TIMOTHY J. SAVAGE, J.